JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DEREK JASON YARD, | Case No. CV 21-2937-GW-RAOx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: October 28, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE